ELECTRIC FIREPROOFING COMPANY, Respondent, *v.* R. WILSON
SMITH et al., Appellants.

*Electric Fireproofing Co.* v. *Smith*, 119 App. Div. 884, affirmed.
(Argued June 2, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
23, 1907, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action on contract to compel the purchase of certain
corporate stock.

*Horace E. Parker* and *William C. Wilson* for appellants.

*Austin E. Pressinger* and *Richard S. Newcombe* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WIL-
LARD BARTLETT, HISCOCK and CHASE, JJ.

---

MORRIS LEVENSON, Respondent, *v.* GEORGE S. BRIGGS,
Appellant.

*Levenson* v. *Briggs*, 120 App. Div. 888, affirmed.
(Argued June 3, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 11, 1907, affirming a judgment in favor of plaintiff
entered upon a verdict directed, except as to amount, by the
court, and an order denying a motion for a new trial in an
action to recover for an alleged breach of contract.

*Rollin Tracy* and *Peck & McCann* for appellant.

*Moses Feltenstein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BART-
LETT, HISCOCK and CHASE, JJ.   Absent: WERNER, J.